DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALENCIA SIMMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3284

[January 22, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 00-1583CF10A.

Valencia Simms, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***